# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| UNITED STATES OF AMERICA, | No. 18-CR-3001-LTS-KEM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| SCOTT WALLACE, | |
| Defendant. | |

This matter is before the court on Defendant Scott Wallace's oral motion to modify conditions of release (Doc. 12). Defendant asks the court to remove the condition, contained in the Order Setting Conditions of Release in the Eastern District of California (Doc. 6 at 7-9), requiring Defendant to post a $5,000 secured bond by April 19, 2019. Defendant has complied with the remaining conditions of release established in the Eastern District of California (Case No. 19-mj-058-EPG), and this court has since issued a new Appearance Bond and Order Setting Conditions of Release (Doc. 14). The United States does not resist the oral motion to modify.

IT IS ORDERED Defendant Wallace's oral motion to modify (Doc. 12) is **granted**. The prior condition of release requiring Defendant post a $5,000 secured bond in the Eastern District of California (Doc. 6 at 8) is rescinded. Defendant Wallace shall comply with the conditions of release set forth in the Appearance Bond and Order Setting Conditions of Release issued in this district on March 28, 2019 (Doc. 14).

IT IF FURTHER ORDERED the Clerk of Court shall forward a copy of this order to the Clerk of Court for the Eastern District of California (Case No. 19-mj-058-EPG).

**IT IS SO ORDERED** this 1st day of April, 2019.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa